# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s) MARC J. MILLICAN

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] John A. Wickham

Firm Name: John A. Wickham, Esq.

Post Office Box:

Street Address: 32975 Saint Moritz Drive

City-State-Zip: Evergreen, Colorado 80439-6720

Telephone & Facsimile Numbers: 303 670-3825 Fax 303 670-1586

E-mail address: wickham1@wispertel.net (ECF registered)

Is the attorney of record admitted to the Court of Federal Claims Bar? YES
If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 3 5 2

Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Government Agency Involved: A F

See attached Sheet for three digit code.

Amount Claimed: $ To be determined

If to be determined, put the phrase "to be determined" in Amount Claimed Space.

Vaccination Date: (Vaccine Cases Only)

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005