IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MARC J. MILLICAN, Plaintiff, v. THE UNITED STATES, Defendant. | No. 05-1330 C (Judge Bush) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of GREGG M. SCHWIND, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

GREGG M. SCHWIND
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attention: Classification Unit
1100 L Street, NW, 8th Floor
Washington, D.C. 20530

Tel: (202) 353-2345
Fax: (202) 514-8624

s/Gregg M. Schwind
GREGG M. SCHWIND
Trial Attorney

Dated: January 10, 2006