IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MILLICAN, MARC J., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-1330C |
| v. | ) | (Judge Bush) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

<u>DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME</u>

Pursuant to Rule 6(b)(1) and 6.1 of the Rules of the United States Court of Federal Claims, defendant respectfully requests an enlargement of time of 31 days, to and including March 19, 2006, within which to file its responsive filing, currently due on February 17, 2006. This is defendant's first request for an enlargement of time. Plaintiff does not oppose this motion.

Plaintiff, a major in the Air Force Retired Reserve, challenges the August 4, 2004 decision of the Air Force Board for Correction of Military Records (AFBCMR) denying his request to void several administrative actions, including an adverse Officer Performance Report, a Letter of Reprimand, removal from the FY2000 Reserve promotion list, and transfer to the Retired Reserve. The undersigned received the record from the AFBCMR on February 15, 2006. Given the number of issues presented and the varied relief requested, an enlargement is necessary to allow sufficient time for counsel to prepare a thorough, responsive filing that will benefit the Court in resolving the subject claim.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ James M. Kinsella
JAMES M. KINSELLA
Deputy Director

s/ Gregg M. Schwind
GREGG M. SCHWIND
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington D.C. 20530
Tel: (202) 353-2345
Fax: (202) 514-8624

Attorneys for Defendant

February 16, 2006