IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARC J. MILLICAN | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action |
| v. | ) | |
| | ) | No. 05-1330 C (LJB) |
| THE UNITED STATES | ) | |
| Defendant, | ) | |

PLAINTIFF'S MOTION TO SUSPEND BRIEFING

Plaintiff moves to stay all further briefing on defendant's dispositive motions and brief, pending this Court's ruling on plaintiff's motion to transfer this case under 28 U.S.C. § 1631. That transfer motion is submitted separately. Because the likelihood of success on the transfer motion is strong, there is good cause to suspend briefing to preserve judicial economy and avoid unnecessary pleadings on the merits. The Court is respectfully directed to the transfer motion.

WHEREFORE, the Court should grant the motion to suspend further briefing pending resolution of the motion to transfer.

March 29, 2006

Respectfully submitted,

a/s, John A. Wickham, Esq.
32975 Saint Moritz Drive
Evergreen CO. 80439-6720
(303) 670-3825