IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARC J. MILLICAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action |
| v. | ) | |
| | ) | No. 05-1330 C (LJB) |
| | ) | |
| THE UNITED STATES | ) | |
| | ) | |
| Defendant, | ) | |

PLAINTIFF'S AMENDED UNOPPOSED MOTION TO SUSPEND BRIEFING

Plaintiff moves to amend his prior motion to suspend briefing after defendant's counsel subsequently contacted Millican's counsel stating that the defendant does not oppose this motion. The parties agreed that it would be quicker if Millican simply amended his motion to indicate defendant's consent.

Millican's counsel on March 29, filed a motion to suspend further briefing on defendant's dispositive motions and brief, pending this Court's ruling on plaintiff's motion to transfer this case under 28 U.S.C. § 1631. That transfer motion is submitted separately. Because the likelihood of success on the transfer motion is strong, there is good cause to suspend briefing to preserve judicial economy and avoid unnecessary pleadings on the merits. The Court is respectfully directed to the transfer motion.

WHEREFORE, the Court should grant the unopposed motion to suspend further briefing pending resolution of the motion to transfer.

April 2, 2006

Respectfully submitted,

a/s, John A. Wickham, Esq.
32975 Saint Moritz Drive
Evergreen CO. 80439-6720
(303) 670-3825