# In the United States Court of Federal Claims

No. 05-1330 C

(Filed April 3, 2006)

* * * * * * * * * * * * * * * * * * * * * * * *
MARC J. MILLICAN, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The court has before it plaintiff's Amended Unopposed Motion to Suspend Briefing [on Defendant's Motion to Dismiss], filed on April 3, 2006. For the reasons stated below, plaintiff's motion to suspend briefing on the motion to dismiss is granted.

On March 13, 2006, defendant filed a motion to dismiss the subject matter pursuant to Rules 12(b)(1) and 12(b)(6) of the Rules of the United States of Federal Claims. Plaintiff's response to defendant's motion would have been due on April 13, 2006. Plaintiff instead filed separate motions on March 29, 2003, titled Plaintiff's Motion to Transfer and Plaintiff's Motion to Suspend Briefing, the latter of which is now unopposed. In view of defendant's motion to dismiss, plaintiff apparently now questions this court's jurisdiction over his claims and requests transfer to the United States District Court for the District of Columbia.

Because the parties concur that plaintiff's motion to transfer is the best medium for this court's consideration of the jurisdictional issues raised by plaintiff's suit, the court agrees to suspend briefing on defendant's motion to dismiss.

Accordingly, it is hereby **ORDERED** that plaintiff's motion to suspend briefing is **GRANTED**; and the briefing deadlines for defendant's motion to dismiss filed March 13, 2006 are **SUSPENDED** pending further order of the court. The briefing on plaintiff's motion to transfer **SHALL PROCEED** pursuant to the deadlines shown on the court's docket, beginning with defendant's response due on or before **April 17, 2006**.

s/Lynn J. Bush
LYNN J. BUSH
JUDGE