## Chapter 7

## PROPRIETY OF PROMOTION

**7.1. What is a Propriety of Promotion Action.** A propriety of promotion action is a delay in an officer's date of promotion, a removal of an officer's name from a promotion list, or information presented to the SAF or a selection board that shows an officer may not be qualified for promotion.

**7.2. When to Initiate.** Commanders initiate a propriety of promotion action when there is cause to believe that the officer is not mentally, physically, morally or professionally qualified to perform the duties of the higher grade. Early identification of the officer and proper documentation is essential. Formal rules of evidence do not apply to a promotion propriety action. Process promotion propriety actions on individuals selected for general officer grades according to AFI 36-2501, **Chapter 12**.

**7.3. Who Initiates a Propriety of Promotion Action.** An officer's wing commander or equivalent initiates a promotion propriety action. See sample notification letters at **Attachment 11**, **Attachment 12**, or **Attachment 13**. The MAJCOM commander reviews propriety actions as outlined in **Table 7.1.**. For IMAs, promotion propriety actions normally will be initiated by the command to which the officer is assigned. For IMAs in programs centrally managed at HQ ARPC (HC, JA, SG), promotion propriety actions will be initiated by the command to which the officer is attached.

**7.4. How to Initiate a Promotion Propriety Action.** The commander informs the officer of the recommendation, either verbally or in writing, before the effective date of promotion. See processing guidelines in **Table 7.1.**

7.4.1. A propriety action must contain a clear statement of the reasons for the action and evidence documenting the reasons.

7.4.2. The officer must acknowledge receipt and understanding within a reasonable time (**Table 7.1.**, Note 3). Officers may submit statements in their own behalf, including supporting documents. An officer who chooses not to submit a statement must include a statement to that effect with receipt acknowledgment.

7.4.3. Whenever possible, initiate promotion propriety actions by giving written notice to the officer. If it is not possible to give timely written notice, the initiating commander gives verbal notice personally or, if necessary, through a designated officer. Follow verbal notice by written notice as soon as possible. Once initiated, the recommendation to find an officer in the grade of second lieutenant not qualified for promotion (NQP) or remove an officer from a promotion list automatically delays the promotion.

7.4.4. Build the case logically before presenting the case file to the appropriate office (**Table 7.1.**, Note 5). Put information in chronological order. Include required documents. The case file should contain original documents. If necessary, reproduced copies are acceptable but must be legible. Use readable, reproduced copies and retyped documents (certified as true copies). Include a detailed case synopsis, suitable for review by the appropriate approval authority or the promotion board, which references pertinent and tabbed documents, statements, or other significant matters.

7.4.5. Give the officer the opportunity to comment on all derogatory information added after the officer first reviews and acknowledges the initial recommendation, unless the information originated solely from the officer's personnel record.

**7.5. Involuntary Delay.** A commander has the option to delay the promotion of any officer the commander cause to believe that the officer is not mentally, physically, morally or professionally qualified to perform the duties of the grade to which selected. A delay also occurs if an action begins to remove an officer from a promotion list. The MAJCOM/FOA commander is the approval authority for delaying a promotion up to 6 months from the DOR. After 6 months, the SAF must approve a delay action up to 12 additional months.

7.5.1. Reasons for involuntary delay actions are:

7.5.1.1. An officer, exercising general court-martial jurisdiction over an officer on the Select List, receives sworn charges against the officer.

7.5.1.2. Court martial charges are preferred against an officer on the Select List.

7.5.1.3. An investigation is being conducted to determine whether to bring disciplinary action of any kind against the officer.

7.5.1.4. The convening of a board to consider officers for selective early removal (Title 10 U.S.C., Section 14903).

7.5.1.5. A criminal proceeding in a federal or state court is pending against the officer.

7.5.1.6. Strength in grade limitations imposed by law. See paragraph **8.7.** for further information.

7.5.2. Delaying a Promotion. Commanders must not use promotion delays as punishment. Delay an officer's promotion at any time before the DOR, if any of the reasons in the paragraph above apply.

7.5.2.1. Extension of the delay period is automatic upon initiation of a recommendation to find the officer Not Qualified for Promotion (NQP) to first lieutenant or to remove an officer from the list. Process a recommendation to extend a delay in the same manner as the original, except SAF must approve the extension of delay. The recommendation should arrive at HQ USAF/REPX (for staffing to SAF) no later than 45 days before expiration of the current delay.

7.5.2.2. If the reason for delay no longer exists, promote the officer to the next higher grade with the same DOR as if the delay did not occur. Any commander in the officer's rating chain may determine the reason for delay no longer exists. **Table 7.1.**, step 12 specifies the appropriate process for notifying the member and disposing of the case file.

7.5.2.3. .If the SAF determines the officer unqualified for promotion during any of the delay time, the SAF may direct adjustment of the DOR and position on the RASL to reflect the unqualified time. See paragraph **7.5.4.**.

7.5.3. Notifying the Officer. In order to delay a promotion under this paragraph, notify the officer in writing (**Attachment 11**), of the grounds for the delay.

7.5.3.1. Give the written notice to the officer before the DOR. If not practical to give the officer written notice before DOR, give verbal notice and follow up with written notice as soon as practical.