IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARC J. MILLICAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action |
| v. | ) | |
| | ) | No. 05-1330 C (LJB) |
| | ) | |
| THE UNITED STATES | ) | |
| | ) | |
| Defendant, | ) | |

PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiff pursuant to Rules for United States Court of Federal Claims 15(a), and 28 U.S.C. § 1653, moves for leave to amend his complaint to conform the allegation of jurisdiction and other errors consistent with the record and facts.

There is good cause to amend the compliant. Plaintiff's argument for this motion for leave is contained in his separately filed reply brief to defendant's opposition to the motion to transfer. This argument supporting leave to amend appears under that brief's heading "I. (A)" at pages 1-4. The remainder of the reply brief responds to defendant's opposition to the transfer motion. Millican respectfully requests the Court refer to the reply. The amended complaint is attached as an Exhibit A this present motion.

WHEREFORE, plaintiff-Millican respectfully requests the Court grant his motion for leave to amend the complaint.

May 1, 2006 Respectfully submitted,

a/s, John A. Wickham, Esq.
32975 Saint Moritz Drive
Evergreen CO. 80439-6720
(303) 670-3825