IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARC J. MILLICAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action |
| v. | ) | |
| | ) | No. 05-1330 C (LJB) |
| | ) | |
| THE UNITED STATE | ) | |
| | ) | |
| Defendant, | ) | |

ERRATA TO PLAINTIFF'S REPLY TO DEFENDANT'S
OPPOSITION TO THE MOTION TO TRANSFER

Plaintiff submits a notice of errata to both his reply brief and motion for leave to amend the complaint. Plaintiff's counsel explains why these pleadings— due on May 1— appear as electronically filed on May 2. Although delayed due to computer difficulties, counsel did submit both pleadings for electronic filing on May 1 at approximately 1030 PM (Mountain Time). But the two-hour time difference caused entry shortly after midnight at about 0030 AM on May 2 (EST).

Due to an unusual snow storm, undersigned counsel's ISP experienced technical problems on May 1. Counsel's remote office location relies on WiMax dish receiver– radio tower system. Secondly, counsel had to purchase a new scanner from a distant location; necessary to scan Exhibit A. These multiple computer problems resulted in a delay in filing.

May 5, 2006

Respectfully submitted,

a/s, John A. Wickham, Esq.
32975 Saint Moritz Drive
Evergreen CO. 80439-6720
(303) 670-3825