*BY ORDER OF THE SECRETARY OF THE AIR FORCE*

*AIR FORCE INSTRUCTION 36-2603*

*1 MARCH 1996*

*Personnel*

# *AIR FORCE BOARD FOR CORRECTION OF MILITARY RECORDS*

**COMPLIANCE WITH THIS PUBLICATION IS MANDATORY**

**NOTICE:** This publication is available digitally on the SAF/AAD WWW site at: http://afpubs.hq.af.mil. If you lack access, contact your Publishing Distribution Office (PDO).

OPR: AFBCMR (Mr. John J. D'Orazio)
Supersedes AFR 31-3, 10 August 1992

Certified by: AFBCMR (Mr. Mack M. Burton)
Pages: 8
Distribution: F

This instruction implements AFMD 42, 10 U.S.C. 1034 and 1552, Department of Defense Instruction (DoDI) 1336.6, Correction of Military Records, 28 December 1994, and Department of Defense Directive (DoDD) 7050.6, Military Whistleblower Protection Act, 3 September 1992. It sets up procedures for correction of military records to remedy error or injustice. It tells how to apply for correction of military records and how the Air Force Board for Correction of Military Records (AFBCMR, or the Board) considers applications. It defines the Board's authority to act on applications.

This instruction directs collecting and maintaining information subject to the Privacy Act of 1974 authorized by 10 U.S.C. 1034 and 1552. System of Records notice F035 SAFCB A, Military Records Processed by the Air Force Correction Board, applies.

## *SUMMARY OF REVISIONS*

This publication revises AFR 31-3, 10 August 1992, to conform with the Chief of Staff policy to convert Air Force Regulations to Air Force Instructions.

## 1. Setup of the Board.

1.1. The AFBCMR operates within the Office of the Secretary of the Air Force according to 10 U.S.C. 1552. The Board consists of civilians in the executive part of the Department of the Air Force who are appointed and serve at the pleasure of the Secretary of the Air Force. Three members constitute a quorum of the Board.

## 2. Board Responsibilities.

2.1. Considering Applications. The Board considers all individual applications properly brought before it. In appropriate cases, it directs correction of military records to remove an error or injustice, or recommends such correction.

2.2. Recommending Action. When an applicant alleges reprisal under the Military Whistleblowers Protection Act, 10 U.S.C. 1034, the Board may recommend to the Secretary of the Air Force that disciplinary or administrative action be taken against those responsible for the reprisal.

2.3. Deciding Cases. The Board normally decides cases on the evidence of the record. It is not an investigative body. However, the Board may, in its discretion, hold a hearing or call for additional evidence or opinions in any case.

**3. Application Procedures.**

3.1. Who May Apply:

- In most cases, the applicant is a member or former member of the Air Force, since the request is personal to the applicant and relates to his or her military records.
- An applicant with a proper interest may request correction of another person's military records when that person is incapable of acting on his or her own behalf, is missing, or is deceased. Depending on the circumstances, a child, spouse, parent or other close relative, an heir, or a legal representative (such as a guardian or executor) of the member or former member may be able to show a proper interest. Applicants will send proof of proper interest with the application when requesting correction of another person's military records.

3.2. Getting Forms. Applicants may get a DD Form 149, "Application for Correction of Military Record Under the Provisions of Title 10, U.S.C., Section 1552," and Air Force Pamphlet 36-2607, "Applicants' Guide to the Air Force Board for Correction of Military Records (AFBCMR)," from:

- Any Air Force Military Personnel Flight (MPF) or publications distribution office.
- Most veterans' service organization.
- The Air Force Review Boards Office, SAF/MIBR, 550 C Street West, Suite 40, Randolph AFB TX 78150-4742.
- The AFBCMR, 1535 Command Drive, EE Wing 3rd Floor, Andrews AFB MD 20331-7002.

3.3. Preparation. Before applying, applicants should:

- Review Air Force Pamphlet 36-2607.
- Discuss their concerns with MPF, finance office, or other appropriate officials. Errors can often be corrected administratively without resort to the Board.
- Exhaust other available administrative remedies (otherwise the Board may return the request without considering it).

3.4. Submitting the Application. Applicants should complete all applicable sections of the DD Form 149, including at least:

- The name under which the member served.
- The member's social security number or Air Force service number.
- The applicant's current mailing address.
- The specific records correction being requested.
- Proof of proper interest if requesting correction of another person's records.
- The applicant's signature.