# In the United States Court of Federal Claims

No. 05-1330 C
(Filed August 25, 2006)

| | |
|---|---|
| MARC J. MILLICAN, | * |
| *Plaintiff,* | * |
| v. | * |
| THE UNITED STATES, | * |
| *Defendant.* | * |

## ORDER

On August 21, 2006, plaintiff electronically submitted "Plaintiff's Citation to Supplemental Authority." The Clerk's Office stated that plaintiff's subject filing was not in compliance with Rule 15(d) of the Rules of the Court of Federal Claims, Supplemental Pleadings. The matter was referred to the undersigned for a ruling.

Previously pending before the court were motions to transfer to the U.S. District Court (D.C.) and to amend the complaint. Plaintiff's subject filing appears to be a notice of supplemental authority to plaintiff's filed briefs in the subject matter. On August 24, 2006, the court issued an opinion/order on the parties' pending briefs. Therefore, plaintiff's defective filing is moot and shall be stricken from the docket.

Accordingly, it is hereby **ORDERED** that the Clerk's Office is directed to **STRIKE** "Plaintiff's Citation to Supplemental Authority," electronically submitted on August 21, 2006, as moot.

s/Lynn J. Bush
LYNN J. BUSH
JUDGE