United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

September 5, 2006

Nancy Mayer-Whittington, Clerk
United States District Court for
the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

***Re:*** ***Marc J. Millican v. United States,***
***No. 05-1330 C***

Dear Ms. Mayer-Whittington:

Pursuant to this Court's Opinion and Order filed on August 24, 2006, the above captioned case has been transferred to your court. Enclosed, please find certified copies of the transfer order, docket sheet, and documents that comprise the record in this case.

Please acknowledge receipt of these records by dating and returning the enclosed copy of this letter.

Sincerely,

Debra L. Samler
Senior Case Manager

Enclosures

cc: Judge Lynn J. Bush
John A. Wickham, Esquire
Gregg M. Schwind, Esquire