# In the United States Court of Federal Claims

No. 05-1330C

(November 20, 2006)

* * * * * * * * * * * * * * *
MARC J. MILLICAN, *
*
*Plaintiff,* *
*
v. *
*
THE UNITED STATES, *
*
*Defendant.* *
* * * * * * * * * * * * * * *

**ORDER**

Retired Air Force Major Marc J. Millican (Major Millican) filed suit in the United States Court of Federal Claims on December 19, 2005, seeking review of an August 4, 2004 decision by the United States Air Force Board for Correction of Military Records. On March 13, 2006, the United States moved to dismiss Major Millican's suit for lack of subject matter jurisdiction. Plaintiff responded by filing motions to transfer his claims to a federal district court, and to amend his complaint to make clear the basis for district court jurisdiction. In an unpublished decision dated August 24, 2006, the court granted both of plaintiff's motions, and transferred his lawsuit to the United States District Court for the District of Columbia. The court's decision focused, primarily, on the Court of Federal Claims' ability to transfer claims to a federal district court, and the contours of subject matter jurisdiction in that forum.

Plaintiff has now filed a motion asking the court to reissue its decision as a published opinion. Major Millican argues that publication is appropriate here because the court's opinion, among other things, "clarifie[d] or settle[d] uncertain and complex jurisdictional rules." Pl.'s Mot. at 1. There can be no doubt, however, that the question of whether jurisdiction exists in a federal district court

is a matter upon which the United States Court of Federal Claims is not the final arbiter. Further, because this court's ability to transfer claims to a federal district court is well-settled, publication of the decision in that regard is unnecessary. For these reasons, the court concludes that a published disposition in this case would be inappropriate. Accordingly, Plaintiff's Motion to Publish, filed September 15, 2006, is **DENIED**.

**IT IS SO ORDERED.**

/s/Lynn J. Bush
Lynn J. Bush
Judge